

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00104-CV

| | | |
|---|---|---|
| Salina S. Wyrick | § | From the 153rd District Court |
| | § | of Tarrant County (153-292369-17) |
| v. | | |
| | § | July 12, 2018 |
| Hal T. Jayson, M.D., Radiology Associates of North Texas, P.A., Joey Mayor, M.D. and EmCare DFW Emergency Physicians, PLLC. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the attempted appeal should be dismissed. It is ordered that the attempted appeal is dismissed for want of jurisdiction.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
Justice Lee Gabriel